COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
(337) 433-9403

## NOT  DESIGNATED  FOR  PUBLICATION

Edward Kelly Bauman
La Appellate Project
P. O. Box 1641
Lake Charles LA 70602-1641

Carol Wayne Crooks, Jr.
Pro Se DOC No. 453594
Louisiana State Penitentiary
Angola LA 70712

**REHEARING ACTION: June 22, 2011**

**Docket Number: 10   01461-KA**

**STATE OF LOUISIANA
VERSUS
CAROL WAYNE CROOKS, JR.**

**Appealed from Rapides Parish Case No. 300820**

**BEFORE JUDGES:**

    **Hon. Jimmie C. Peters
Hon. Marc T. Amy
Hon. Phyllis M. Keaty**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Carol Wayne Crooks, Jr.** has this day been

    **DENIED.**

cc: James C. Downs, Counsel for the Appellee
   Loren Marc Lampert, Counsel for the Appellee